(93 South. 924)

STATE ex rel. DAVIS, Atty. Gen., v. CURTIS, Judge of Probate of Winston County. (6 Div. 681.) (Supreme Court of Alabama. June 17, 1922.) Harwell G. Davis, Atty. Gen., and J. F. Thompson, of Centerville, Solicitor of the Fourth Judicial Circuit, for petitioner. Bankhead & Bankhead, of Jasper, opposed.

PER CURIAM. Original petition to the Supreme Court by the State of Alabama, on the relation of its Attorney General, for the impeachment of John S. Curtis, as judge of probate of Winston county, Ala. The court finds

---

[1] 18 Ala. App. 413.

the defendant guilty of corruption in office, and he is removed from the office of judge of probate of Winston county, Ala.